**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 01-6860**

---

WILLIAM IRVIN MARABLE, SR.,

Plaintiff - Appellant,

versus

LISA EDWARD; LIEUTENANT ADCOCK; GENE JOHNSON;
JAMES E. BRIGG; W. HUFFMAN; GOODWIN, CORREC-
TIONAL OFFICER,

Defendants - Appellees.

---

Appeal from the United States District Court for the Eastern
District of Virginia, at Alexandria. James C. Cacheris, Senior
District Judge. (CA-01-441-AM)

---

Submitted: October 18, 2001          Decided: October 25, 2001

---

Before MOTZ and GREGORY, Circuit Judges, and HAMILTON, Senior
Circuit Judge.

---

Affirmed by unpublished per curiam opinion.

---

William Irvin Marable, Sr., Appellant Pro Se.

---

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

William Irvin Marable, Sr., appeals the district court's order denying relief on his 42 U.S.C.A. § 1983 (West Supp. 2001) complaint. We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we affirm on the reasoning of the district court. <u>See</u> <u>Marable v. Edward</u>, No. CA-01-441-AM (E.D. Va. May 7, 2001). Marable's motions for the appointment of counsel and to file an amended complaint are denied. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>